IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DORIS CHRISTOPHERSON,<br><br>                         Plaintiff,<br><br>vs.<br><br>SWISS-AMERICA TRADING CORP.,<br><br>                         Defendant. | No. 2:14-cv-2553-HRH |

<u>O R D E R</u>

<u>Motion to Dismiss</u>[1]

Plaintiff moves to dismiss her complaint as to defendant without prejudice. Defendant has responded.[2] No reply has been filed.

Plaintiff is almost 81 years old, lives on a small, fixed income. She invested in numismatic silver and gold coins, which lost significant value after her acquisition. Plaintiff contended that there were misrepresentations by defendant in connection with her acquisition of coins.

Defendant sought to depose plaintiff in Phoenix, Arizona. Plaintiff resides in east Syracuse, New York, and, because of age and infirmity, she "refuses to travel to Arizona to participate in the discovery or trial of this matter. She will not fly in an aircraft."[3]

---

[1]Docket No. 36.

[2]Docket No. 37.

[3]Docket No. 36 at 1.

Order – Motion to Dismiss                                                                     - 1 -

Defendant would have the court dismiss plaintiff's complaint as requested, but urges that the dismissal be with prejudice and with leave to seek attorney fees and costs.

Because plaintiff has refused discovery which defendant is entitled to, the court concludes that the dismissal which plaintiff requests should be with prejudice. However, given plaintiff's circumstances and the fact that she is in substance voluntarily dismissing this case, the court exercises its discretion to decline the imposition of attorney fees or any costs.

The motion to dismiss is granted. Plaintiff's complaint is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  11th  day of January, 2016.


    /s/ H. Russel Holland
    United States District Judge